IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Civ. No. 4:07-cv-52 |
| Plaintiff, | ) | |
| -vs- | ) | ORDER TO SHOW CAUSE |
| | ) | |
| PATRICIA K. BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

TO:  Patricia K. Brown
     714 10th Street NE
     Minot, ND 58703-2744

Defendant Patricia K. Brown failed to appear at the hearing scheduled on August 7, 2008, pursuant to an Order entered in this case on June 16, 2008. Therefore,

IT IS ORDERED that Patricia K. Brown shall appear in the Courtroom of the William L. Guy Federal Building, 220 East Rosser Avenue, Bismarck, North Dakota, on **September 18, 2008, at 1:30 P.M.**, before the Honorable Charles S. Miller, Jr., Magistrate Judge of the United States District Court, to show cause why she should not be held in contempt of court for failing to appear at the hearing and/or returning a completed Financial Statement of Individual Defendant to the United States.

IT IS FURTHER ORDERED THAT defendant Patricia K. Brown be prepared to answer questions, under oath, concerning her assets, income, expenditures, personal and real property and credits; and to produce the financial documents requested by the United States in its Application for Judgment Debtor Examination, at the hearing scheduled for **September 18, 2008, at 1:30 P.M.** However, in lieu of this hearing, Patricia K. Brown may fulfill her obligations under this Order by returning the Financial Disclosure

Statement form and all documents requested by the United States no later than **September 8, 2008.**

Failure to appear at the hearing and/or return a Financial Statement to the United States based upon this Order may result in punishment for contempt of Court, including the immediate issuance of a Bench Warrant.

The United States Marshal is directed to personally serve this Order to Show Cause upon defendant, Patricia K. Brown.

Dated this 8th day of August, 2008.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court